## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES STATEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-790-DRH-PMF ) |
| EAST ST. LOUIS POLICE DEPARTMENT, JAMES MISTER, AND ROBERT BETTS, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's Second Amended Complaint (Doc. 8). The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** Plaintiff's claims in this suit against all current and previously named Defendants, East St. Louis Police Department, James Mister, and Robert Betts, by Order of Court (Doc. 8) dated January 21, 2009.

**IT IS ALSO FURTHER ORDERED AND ADJUDGED** that this action against Defendant, East St. Louis Police Department is **DISMISSED WITH PREJUDICE** by Order of Court (Doc. 4) dated November 17, 2008.

**KEENAN G. CASADY, CLERK**

January 21, 2009         By: s/Robin Butler
                              Deputy Clerk

APPROVED: /s/ *David R Herndon*
**CHIEF JUDGE**
**U.S. DISTRICT COURT**